**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MOHAMED CHAOUDI,

       Plaintiff,

v.                                   Case No. 6:13-cv-1140-Orl-37DAB

WORKFORCE CENTRAL FLORIDA,

       Defendant.

_____

**ORDER**

This cause is before the Court on the following:

1.     Plaintiff's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 (Doc. 98), filed December 8, 2015;

2.     Defendant's Response in Opposition to Plaintiff's Motion for Sanctions (Doc. 99), filed December 24, 2015; and

3.     Plaintiff's Motion for Leave to Reply to Defendant's Response in Opposition to Palintiffs's [sic] Motion for Sanctions (Doc. 100), filed January 8, 2016.

In this discrimination-in-hiring case, the Court previously granted summary judgment in favor of Defendant and against Plaintiff. (Doc. 76 ("**SJ Order**").) Although Plaintiff filed a Notice of Appeal as to the SJ Order with the U.S. Court of Appeals for the Eleventh Circuit, Plaintiff continued to file motions in the instant action related to the SJ Order, including a motion for reconsideration (Doc. 78) and a motion to stay the appeal process (Doc. 94)—both of which the Court denied (Docs. 84, 96). In denying the motion to stay (Doc. 94), the Court also denied Defendant's request for an imposition of sanctions on Plaintiff (Doc. 95, pp. 7–10). (Doc. 96.) The Court cautioned, however, "that further

filings deemed frivolous may subject [Plaintiff] to sanctions." (*Id.* at 6.)

Now, Plaintiff moves for an imposition of sanctions on Defendant on the ground that Defendant "misrepresented facts to this Court" and that "Defendant wrongfully terminated Plaintiff's employment." (Doc. 98.) These grounds are simply a rehash of prior unpersuasive arguments that the Court has previously rejected as unfounded or irrelevant to the claims at issue. (*See* Docs. 78, 84, 89, 94, 96.) Accordingly, the Motion is due to be denied.

Additionally, the Court must consider Defendant's counter-request for sanctions for Plaintiff's continuous filing of "frivolous motions" and his sending of "frivolous and harassing emails to Defendant's officers and employers." (Doc. 99.) In light of the Court's prior admonition (*see* Doc. 96, p. 6), the Court will require Plaintiff to show cause why he should not be sanctioned pursuant to 28 U.S.C. § 1927.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.  Plaintiff's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 (Doc. 98) is **DENIED**.

2.  Plaintiff's Motion for Leave to Reply to Defendant's Response in Opposition to Palintiffs's [sic] Motion for Sanctions (Doc. 100) is **DENIED AS MOOT**.

3.  On or before Tuesday, **January 26, 2016**, Plaintiff is **ORDERED TO SHOW CAUSE BY WRITTEN RESPONSE** why he should not be sanctioned by the Court.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 12, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record