**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MOHAMED CHAOUDI,

        Plaintiff,

v.                                                  Case No. 6:13-cv-1140-Orl-37DAB

WORKFORCE CENTRAL FLORIDA,

        Defendant.

**ORDER**

On January 12, 2016, the Court ordered *pro se* Plaintiff to show cause why he should not be sanctioned pursuant to 28 U.S.C. § 1927 for his continual filing of motions and documents in this closed action.[1] (Doc. 101 ("**OTSC**"); *see also* Docs. 78, 81, 89, 90, 91, 94, 98, 100.) By written response, Plaintiff represents that he has attempted to litigate this action with diligence and in good faith. (Doc. 102 ("**Response**").)

The Court accepts Plaintiff's Response as genuine and will not impose sanctions at this time. The OTSC is, therefore, due to be discharged. Nevertheless, the Court cautions Plaintiff one more time: further filings that are deemed frivolous or rehash previous unpersuasive arguments *will* subject Plaintiff to sanctions.[2] The Court has twice denied reconsideration of its Judgment (*see* Docs. 84, 96), and the Judgment is now before the U.S. Court of Appeals for the Eleventh Circuit on appeal (*see* Doc. 80; *see also* Doc. 82). As such, the Court will no longer entertain unwarranted motions directed

---

[1] The Court closed the action on June 19, 2015, after it granted summary judgment in favor of Defendant and against Plaintiff. (*See* Doc. 76; Doc. 77 ("**Judgment**").)

[2] The Court previously cautioned Plaintiff that "further filings deemed frivolous *may* subject him to sanctions." (Doc. 95, p. 6 (emphasis added).)

at the Judgment.

Accordingly, the Court's Order to Show Cause (Doc. 101) is **DISCHARGED**.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 29, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record